**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Retired-N-Fit, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Beyond Fifty Fitness** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2354533** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1405 Foulk Road**<br>**Suite 201**<br>**Wilmington, DE 19803** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New Castle** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.beyondfiftyde.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Retired-N-Fit, LLC**
_____    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7139__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Retired-N-Fit, LLC**                                                                Case number (*if known*) _____
_____ Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
          Contact name        _____
          Phone               _____

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Retired-N-Fit, LLC**                                          Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Fill in this information to identify your case: | | |
| --- | --- | --- |
| United States Bankruptcy Court for the: | | |
| DISTRICT OF DELAWARE | | |
| Case number (if known) | Chapter **11** | |

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 / 12 / 2021
              MM / DD / YYYY

X _____

Signature of authorized representative of debtor

Title   **Member**

Christina Stanbery
Printed name

**18. Signature of attorney**

X _____

Signature of attorney for debtor

Date   3 / 12 / 21
       MM / DD / YYYY

David M. Klauder
Printed name

Bielli & Klauder, LLC
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   3028034600      Email address   dklauder@bk-legal.com

5769 DE
Bar number and State

## RESOLUTION AUTHORIZING FILING OF
## CHAPTER 11 BANKRUPTCY PETITION FOR RELIEF

I, Christina Stanbery, being the sole Member of Retired-N-Fit, LLC d/b/a Beyond Fifty Fitness (the "Company"), do hereby adopt the below enumerated resolutions:

**WHEREAS,** I have considered the financial aspects of the Company;

**WHEREAS,** I have determined that the Company shall file a voluntary petition (the "Bankruptcy Proceeding") under the provisions of chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"); and

**WHEREAS,** I have reviewed and considered the Company's options and the recommendations of professionals and advisors to the Company as to the terms of the proposed liquidation to be implemented during the Bankruptcy Proceeding.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.      It is desirable and in the best interests of the Company, its creditors and other interested parties, that voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code, with said petition to be filed in the United States Bankruptcy Court for the District of Delaware.

2.      I am authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits, motions and other papers or documents, and to take any and all action which the Company deems necessary or proper to obtain such relief, if, in the judgment of the Company, the Company is adequately prepared prior to such filing.

3.      I am authorized and empowered to employ, on behalf of the Company, Bielli & Klauder, LLC, a law firm with experience and expertise in the areas of bankruptcy liquidations of businesses in similar situations to that of the Company.

4.      I am authorized and empowered on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in her discretion may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.      All of the acts and transactions that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name of and on behalf of the Company prior to the effective date of these resolutions are hereby in all respects approved, confirmed, and ratified.

Facsimile or electronic mail submissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of the date below.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of the date written below.

**Retired-N-Fit, LLC**
**d/b/a Beyond Fifty Fitness**

Dated: 3/12/2021          By:

Christina Stanbery
Member

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Retired-N-Fit, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amazon / Hulu 2500 Broadway 2nd Floor Santa Monica, CA 90404** | | | | | | $11.99 |
| **BPG Office IV, LLC 1000 N West St., Ste 900 Wilmington, DE 19801** | | Rent for lease | | | | $15,966.00 |
| **Chase Cardmember Services P.O. Box 1423 Charlotte, NC 28201** | | | | | | $0.00 |
| **Citizens Bank Merchant Services 8500 Governors Hill Dr Cincinnati, OH 45249** | | | | | | $0.00 |
| **Citizens Bank, N.A. One Citizens Plaza Providence, RI 02903** | | Line of credit | | | | $33,000.00 |
| **Citizens Bank, N.A. One Citizens Plaza Providence, RI 02903** | | PPP Loan | | | | $20,300.00 |
| **Citizens Bank, N.A. One Citizens Plaza Providence, RI 02903** | | PPP Loan | | | | $20,300.00 |
| **Facebook 1601 S. California Ave. Palo Alto, CA 94304** | | | | | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Retired-N-Fit, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harwin Consulting 2328 Fairview Ave E #202 Seattle, WA 98102** | | | | | | **$0.00** |
| **Hockessin Plaza LLC / Jerry Smith PO Box 1513 Hockessin, DE 19707** | | **Rent for lease** | **Contingent Unliquidated Disputed** | | | **$16,500.00** |
| **MotionSoft 1451 Rockville Pike #500 Rockville, MD 20852** | | | | | | **$199.00** |
| **Pandora 2100 Franklin St #700 Oakland, CA 94612** | | | | | | **$7.99** |
| **Quickbooks / Intuit 11500 80th Aveue Oakland, CA 94612** | | | | | | **$102.00** |
| **True Access Capital 100 West 10th St., Ste 300 Wilmington, DE 19801** | | **Unsecured loan** | **Contingent Unliquidated Disputed** | | | **$134,827.44** |
| **True Access Capital 100 West 10th St., Ste 300 Wilmington, DE 19801** | | **Unsecured loan** | **Contingent Unliquidated Disputed** | | | **$47,957.18** |
| **Verizon PO Box 15124 Albany, NY 12212-5124** | | | | | | **$365.33** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Retired-N-Fit, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...............................................................   $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................   $     **69,325.44**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..............................................................   $     **69,325.44**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **2,385.82**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **289,536.93**

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b         $     **291,922.75**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Retired-N-Fit, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank** | **Business Checking** | 3150 | **$47,274.94** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$47,274.94** |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Hockessin Plaza LLC, Security Deposit** | **$5,800.00** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | **Technology Assigned Risk (Workers Comp - Sept. 2020-Sep. 2021)** | **$497.50** |
|---|---|---|

Debtor    **Retired-N-Fit, LLC**_____    Case number *(if known)*_____
       <sub>Name</sub>

| | | |
|---|---|---|
| 8.2. | **US Liability Insurance Co. (Liability - Sep. 2020-Sep. 2021)** | $782.00 |

9.  **Total of Part 2.**
    Add lines 7 through 8. Copy the total to line 81.          **$7,079.50**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1.    **Office Partners IV Foulkstone LLC** | | $5,322.00 |

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:               % of ownership

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17.    **Total of Part 4.**
    Add lines 14 through 16.  Copy the total to line 83.          **$5,322.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Retired-N-Fit, LLC**                                        Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Chairs and Desk** | $250.00 | | $250.00 |
| 40. **Office fixtures** **Folding Tables and Chairs** | $250.00 | | $250.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. **iPad** | $299.00 | | $299.00 |

| | | |
|---|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | $799.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Exercise Equipment Brandywine** | $13,224.00 | | $8,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **HVAC - HEPA Air Filtration Unit hooked to HVAC** | $4,629.00 | | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Retired-N-Fit, LLC**                                 Case number *(If known)* _____
_____
Name

51.    **Total of Part 8.**                                                                        | $8,000.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

      ■ No
      ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| **Small Exercise Equipment** | $850.00 |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $850.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Retired-N-Fit, LLC**
Name

Case number *(If known)* _____

■ No
☐ Yes

Debtor     **Retired-N-Fit, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $47,274.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,079.50 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $5,322.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $799.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $850.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $69,325.44 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $69,325.44 |

**Fill in this information to identify the case:**

Debtor name        **Retired-N-Fit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Retired-N-Fit, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Anne Balbach**<br>**(address on file)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $149.10 | $149.10 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Barbara McAnany**<br>**(address on file)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $96.00 | $96.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          45989          Best Case Bankruptcy

| Debtor | **Retired-N-Fit, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.50 | $717.50

**Barry White**
**(address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00

**Elizabeth Schultheis**
**(address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.22 | $102.22

**Karen Groundland**
**(address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.00 | $96.00

**Leslie Bastianelli**
**(address on file)**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Retired-N-Fit, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.00 | $144.00 |
|---|---|---|---|---|
| | **Melissa Stanley** | *Check all that apply.* | | |
| | **(address on file)** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |
|---|---|---|---|---|
| | **Patricia Sexton** | *Check all that apply.* | | |
| | **(address on file)** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.25 | $690.25 |
|---|---|---|---|---|
| | **Robert Needs** | *Check all that apply.* | | |
| | **(address on file)** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.75 | $118.75 |
|---|---|---|---|---|
| | **Ronald Mortel** | *Check all that apply.* | | |
| | **(address on file)** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No <br> ☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

   3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Retired-N-Fit, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.99**

**Amazon / Hulu**
**2500 Broadway 2nd Floor**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4391**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,966.00**

**BPG Office IV, LLC**
**1000 N West St., Ste 900**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/10/2020**

Basis for the claim:  **Rent for lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Chase Cardmember Services**
**P.O. Box 1423**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7342**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Citizens Bank Merchant Services**
**8500 Governors Hill Dr**
**Cincinnati, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7953**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,000.00**

**Citizens Bank, N.A.**
**One Citizens Plaza**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/20/2019**

Basis for the claim:  **Line of credit**

Last 4 digits of account number  **0026**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,300.00**

**Citizens Bank, N.A.**
**One Citizens Plaza**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/22/2020**

Basis for the claim:  **PPP Loan**

Last 4 digits of account number  **0034**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,300.00**

**Citizens Bank, N.A.**
**One Citizens Plaza**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/26/2021**

Basis for the claim:  **PPP Loan**

Last 4 digits of account number  **0042**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Retired-N-Fit, LLC | Case number (if known) | |
|--------|---------------------|-------------------------|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-----|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**Facebook**
**1601 S. California Ave.**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-----|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**Harwin Consulting**
**2328 Fairview Ave E #202**
**Seattle, WA 98102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,500.00** |
|------|--------------------------------------------------|-------------------------------------------------------------------|----------------|

**Hockessin Plaza LLC / Jerry Smith**
**PO Box 1513**
**Hockessin, DE 19707**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  09/2018**

**Basis for the claim:  Rent for lease**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$199.00** |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**MotionSoft**
**1451 Rockville Pike #500**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7.99** |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**Pandora**
**2100 Franklin St #700**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102.00** |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**Quickbooks / Intuit**
**11500 80th Aveue**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  5024**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$47,957.18** |
|------|--------------------------------------------------|-------------------------------------------------------------------|----------------|

**True Access Capital**
**100 West 10th St., Ste 300**
**Wilmington, DE 19801**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred  10/13/2017**

**Basis for the claim:  Unsecured loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Retired-N-Fit, LLC**                                     Case number (if known) _____
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,827.44 |

**True Access Capital**
**100 West 10th St., Ste 300**
**Wilmington, DE 19801**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **08/15/2018**

Last 4 digits of account number  **0201**

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $365.33 |

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0144**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **US Small Business Administration**<br>**409 3rd Street, SW**<br>**Washington, DC 20416** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **US Small Business Administration**<br>**409 3rd Street, SW**<br>**Washington, DC 20416** | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 2,385.82 |
| 5b. Total claims from Part 2 | 5b. | + $ | 289,536.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 291,922.75 |

**Fill in this information to identify the case:**

Debtor name     **Retired-N-Fit, LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Non-residential real property lease (Brandywine Location)**<br><br>State the term remaining — **Expires 08/2025**<br><br>List the contract number of any government contract | **BPG Office IV, LLC**<br>**1000 N West St. Ste 900**<br>**Wilmington, DE 19801** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Non-residential real property lease (Hockessin Location - closed)**<br><br>State the term remaining — **Expires 08/2023**<br><br>List the contract number of any government contract | **Hockessin Plaza LLC / Jerry Smith**<br>**PO Box 1513**<br>**Hockessin, DE 19707** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Retired-N-Fit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Christina Stanbery** | **138 Wye Oak Drive Townsend, DE 19734** | **True Access Capital** | ☐ D _____ <br> ■ E/F ___3.14___ <br> ☐ G _____ |
| 2.2 | **Christina Stanbery** | **138 Wye Oak Drive Townsend, DE 19734** | **True Access Capital** | ☐ D _____ <br> ■ E/F ___3.15___ <br> ☐ G _____ |
| 2.3 | **Christina Stanbery** | **138 Wye Oak Drive Townsend, DE 19734** | **BPG Office IV, LLC** | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.4 | **Christina Stanbery** | **138 Wye Oak Drive Townsend, DE 19734** | **Hockessin Plaza LLC / Jerry Smith** | ☐ D _____ <br> ■ E/F ___3.10___ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Retired-N-Fit, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/12/2021          X _____

Signature of individual signing on behalf of debtor

**Christina Stanbery**
Printed name

**Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Retired-N-Fit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $19,431.06 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | $127,330.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | $204,084.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Retired-N-Fit, LLC**                                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **True Access Capital**<br>**100 West 10th St., Ste 300**<br>**Wilmington, DE 19801** | **01/04/2021** | **$17,550.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Sale of equipment -**<br>**Hockessin Location** |
| 3.2.  **Chase Cardmember Services**<br>**P.O. Box 1423**<br>**Charlotte, NC 28201** | **Monthly** | **$9,515.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card payments** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Christina Stanbery**<br>**138 Wye Oak Dr.**<br>**Townsend, DE 19734**<br>**Member** | **3/13/20;**<br>**3/27/20** | **$5,500.00** | **Wages** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **True Access Capital**<br>**100 West 10th St., Ste 300**<br>**Wilmington, DE 19801** | **Fitness Equipment - Hockessin Location** | **1/4/21** | **$17,550.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | Retired-N-Fit, LLC | Case number *(if known)* | |
|--------|--------------------|-----|---|

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bielli & Klauder, LLC**<br>**1204 N. King Street**<br>**Wilmington, DE 19801** | | **March 10, 2021** | **$11,738.00** |
| | Email or website address<br>**www.bk-legal.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Retired-N-Fit, LLC** _____    Case number _(if known)_ _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Bielli & Klauder, LLC** **1204 N. King Street** **Wilmington, DE 19801** | | **December 16, 2020** | **$2,500.00** |
| | **Email or website address** **www.bk-legal.com** | | | |
| | **Who made the payment, if not debtor?** **Mary Graham** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1409 Foulk Road Ste 104** **Wilmington, DE 19803** | **12/2014 - 03/2020** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Retired-N-Fit, LLC**    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Name, DOB, Address, Phone Number, Email, Medical Info**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | Retired-N-Fit, LLC | Case number *(if known)* | |
|--------|--------------------|--------------------------|--|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

 ■ No.
 ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

 ■ No.
 ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

 ■ No.
 ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|------------------------------|----------------|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
 List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

 ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|----------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
 ☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.    **McGuinness Financial Inc.**<br>**Kevin McGuinness**<br>**407 Buttonwoof Rd**<br>**Landenberg, PA 19350** | **2015 - Present** |

 26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

 ■ None

 26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **Retired-N-Fit, LLC** _____    Case number *(if known)* _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christina Stanbery | 138 Wye Oak Dr. Townsend, DE 19734 | Owner / Member | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Christina Stanbery 138 Wye Oak Drive Townsend, DE 19734 | $5,500 | 3/13/20; 3/27/20 | Wages |
| | Relationship to debtor Member | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Fill in this information to identify the case:**

Debtor name    **Retired-N-Fit, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/12/2021

Signature of individual signing on behalf of the debtor

**Christina Stanbery**
Printed name

Position or relationship to debtor    **Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## United States Bankruptcy Court
### District of Delaware

In re    **Retired-N-Fit, LLC** _____          Case No. _____
                                                   Debtor(s)          Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christina Stanbery**<br>**317 Great Oak Drive**<br>**Middletown, DE 19709** | | **100%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 12, 2021** _____        Signature _____
                                                                      **Christina Stanbery**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re   **Retired-N-Fit, LLC**

Debtor(s)

Case No.

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS
## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   03/12/2021                         Signature

**Christina Stanbery**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Delaware

In re   **Retired-N-Fit, LLC**

Debtor(s)

Case No.
Chapter      11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | | |
| Prior to the filing of this statement I have received | $ | 11,738.00 |
| Balance Due | $ | 11,738.00 |
| | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date   3/12/21

**David M. Klauder**
*Signature of Attorney*
**Bielli & Klauder, LLC**
**1204 N. King Street**
**Wilmington, DE 19801**
**3028034600  Fax: 3023972557**
**dklauder@bk-legal.com**
*Name of law firm*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### District of Delaware

In re   **Retired-N-Fit, LLC**

Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Retired-N-Fit, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date   3/12/21

**David M. Klauder**

Signature of Attorney or Litigant
Counsel for   **Retired-N-Fit, LLC**
**Bielli & Klauder, LLC**
**1204 N. King Street**
**Wilmington, DE 19801**
**3028034600 Fax:3023972557**
**dklauder@bk-legal.com**

## United States Bankruptcy Court
### District of Delaware

In re  **Retired-N-Fit, LLC**

Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  _03/12/2021_

**Christina Stanbery/Member**
Signer/Title

RETIRED-N-FIT, LLC
1405 FOULK ROAD
SUITE 201
WILMINGTON, DE 19803
.

CITIZENS BANK MERCHANT SERVICES
8500 GOVERNORS HILL DR
CINCINNATI, OH 45249

QUICKBOOKS / INTUIT
11500 80TH AVEUE
OAKLAND, CA 94612


DAVID M. KLAUDER
BIELLI & KLAUDER, LLC
1204 N. KING STREET
WILMINGTON, DE 19801

CITIZENS BANK, N.A.
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

TRUE ACCESS CAPITAL
100 WEST 10TH ST., STE 300
WILMINGTON, DE 19801


AMAZON / HULU
2500 BROADWAY 2ND FLOOR
SANTA MONICA, CA 90404

CITIZENS BANK, N.A.
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

TRUE ACCESS CAPITAL
100 WEST 10TH ST., STE 300
WILMINGTON, DE 19801


BPG OFFICE IV, LLC
1000 N WEST ST., STE 900
WILMINGTON, DE 19801

CITIZENS BANK, N.A.
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

US SMALL BUSINESS ADMINISTR
409 3RD STREET, SW
WASHINGTON, DC 20416


BPG OFFICE IV, LLC
1000 N WEST ST. STE 900
WILMINGTON, DE 19801

FACEBOOK
1601 S. CALIFORNIA AVE.
PALO ALTO, CA 94304

US SMALL BUSINESS ADMINISTR
409 3RD STREET, SW
WASHINGTON, DC 20416


CHASE CARDMEMBER SERVICES
P.O. BOX 1423
CHARLOTTE, NC 28201

HARWIN CONSULTING
2328 FAIRVIEW AVE E #202
SEATTLE, WA 98102

VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


CHRISTINA STANBERY
138 WYE OAK DRIVE
TOWNSEND, DE 19734

HOCKESSIN PLAZA LLC / JERRY SMITH
PO BOX 1513
HOCKESSIN, DE 19707


CHRISTINA STANBERY
138 WYE OAK DRIVE
TOWNSEND, DE 19734

HOCKESSIN PLAZA LLC / JERRY SMITH
PO BOX 1513
HOCKESSIN, DE 19707


CHRISTINA STANBERY
138 WYE OAK DRIVE
TOWNSEND, DE 19734

MOTIONSOFT
1451 ROCKVILLE PIKE #500
ROCKVILLE, MD 20852


CHRISTINA STANBERY
138 WYE OAK DRIVE
TOWNSEND, DE 19734

PANDORA
2100 FRANKLIN ST #700
OAKLAND, CA 94612